1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11    JAMES RICHARD REYNOLDS,        ) Case No. 8:21-cv-00818-CV-JC
                                     )
12                Petitioner,        )
                                     )
13           v.                      )
                                     ) ORDER ACCEPTING FINDINGS,
14    W.M. POLLARD, Warden,          ) CONCLUSIONS, AND
                                     ) RECOMMENDATIONS OF UNITED
15                                   ) STATES MAGISTRATE JUDGE
                  Respondent.        )
16                                   )

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition under

18    28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody ("Petition")

19    and all of the records herein, including Petitioner's request to amend the Petition to

20    strike Ground Two ("Petitioner's Request") (see Docket No. 17 at 15) and the

21    January 13, 2025 Report and Recommendation of United States Magistrate Judge

22    ("Report and Recommendation").  The Court approves and accepts the Report and

23    Recommendation.

24          IT IS HEREBY ORDERED that (1) Petitioner's Request is granted and the

25    Petition is amended to strike Ground Two; (2) the Petition is denied; (3) the Petition

26    and this action are dismissed with prejudice; and (4) Judgment shall be entered

27    accordingly.

28

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2   Report and Recommendation, and the Judgment herein on Petitioner and counsel for

3   Respondent.

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6   DATED:  2/10/25

7

8   _____

9   HONORABLE CYNTHIA VALENZUELA
    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.