JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD REYNOLDS, | Case No. 8:21-cv-00818-CV-JC |
| Petitioner, | |
| v. | JUDGMENT |
| W.M. POLLARD, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody ("Petition") is denied and that the Petition and this action are dismissed with prejudice.

DATED: 2/10/25

*Cynthia Valenzuela*
HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE